Name and address:

Reza Mirzaie SBN 246953
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNALIWEAR, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cv-11772-MWS-SSC |
| v. | |
| GARMIN LTD., ET AL. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Wang, Sarah
*Applicant's Name (Last Name, First Name & Middle Initial)*      check here if federal government attorney ☐

Russ August & Kabat
*Firm/Agency Name*

2454 E Dempster St          3108267474          3108266991
Suite 206                   *Telephone Number*  *Fax Number*
*Street Address*

Des Plaines, IL 60016                          swang@raklaw.com
*City, State, Zip Code*                        *E-mail Address*

**I have been retained to represent the following parties:**

| UNALIWEAR, INC. | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: |
|---|---|
| | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Illinois State Bar | 5/5/2016 | Active |
| New Jersey State Bar | 1/11/2016 | Active |
| New York State Bar | 3/12/2015 | Active |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 22-cv-01599 | MR Technologies, GmbH v. Western Digital | 6/20/2024 | Granted |
| 24:cv-01848 | MR Technologies, GmbH v. Western Digital | 10/28/2024 | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court.  Submission of this Application will constitute your registration (or re-registration) to use that system.  If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  January 5, 2025

Sarah Wang
*Applicant's Name (please type or print)*

*Sarah Wang*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Mirzaie, Reza

*Designee's Name (Last Name, First Name & Middle Initial)*

Russ August & Kabat

*Firm/Agency Name*

12424 Wilshire Blvd

12th Floor

*Street Address*

Los Angeles, CA 90025

*City, State, Zip Code*

3108267474

*Telephone Number*

3108266991

*Fax Number*

rmirzaie@raklaw.com

*Email Address*

246953

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  January 5, 2025

Reza Mirzaie

*Designee's Name (please type or print)*

*/s/ Reza Mirzaie*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Sarah Wenxuan Wang

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/05/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of December, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Sarah Wenxuan Wang** (No. **138072016**) was constituted and appointed an Attorney at Law of New Jersey on **January 11, 2016** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **2nd** day of **January**, 20 **26**.

*Heather J. Baker*
Clerk of the Supreme Court



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Sarah Wenxuan Wang

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 12, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 30, 2025.

*Robert D. Mayberger*

Clerk of the Court

CertID-00266699



**State of New York**
**Supreme Court, Appellate Division**
**Third Judicial Department**
**Admissions Office**
**P.O. Box 7350, Capitol Station**
**Albany, NY 12224-0350**

| | | |
|---|---|---|
| *Robert D. Mayberger*<br>*Clerk of the Court* | AD3AdmissionsOffice@nycourts.gov<br>http://www.nycourts.gov/ad3/admissions<br>(518) 471-4778 | *Anthony A. Moore*<br>*Director of Attorney Admissions* |

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022