Name and address:
Reza Mirzaie SBN 246953
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC.<br><br>v.<br><br>Plaintiff(s)<br><br>GARMIN LTD., ET AL.<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-11772-MWS-SSC<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wang, Sarah
*Applicant's Name (Last Name, First Name & Middle Initial)*

3108267474         3108266991
*Telephone Number*   *Fax Number*

swang@raklaw.com
*E-Mail Address*

of

Russ August & Kabat
2454 E Dempster St, Suite 206
Des Plaines, IL 60016
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
UNALIWEAR, INC.

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

**and designating as Local Counsel**

Mirzaie, Reza
*Designee's Name (Last Name, First Name & Middle Initial)*

246953         3108267474         3108266991
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rmirzaie@raklaw.com
*E-Mail Address*

of

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge