# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>GARMIN LTD., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−11772−MWC−SSC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  1/5/2026      24       Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed    Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Local Rule 83−2.1.3.3(a) Application not complete: state and/or federal courts to which the applicant has been admitted are not listed.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 6, 2026            By:  /s/ *Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov*
                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**