# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>GARMIN LTD., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−11772−MWC−SSC<br><br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 01/05/2026 | 24 | Application of Non−Resident Attorney to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The application is stricken. Counsel is directed to file a complete application, correcting deficiencies noted in Dkt. [26]).

DATED: January 6, 2026

/s/ *Michelle Williams Court*
United States District Judge