Name and address:
Reza Mirzaie SBN 246953
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNALIWEAR, INC.

Plaintiff(s)

v.

GARMIN LTD., ET AL.

Defendant(s).

CASE NUMBER

2:25-cv-11772-MWS-SSC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Paladino, Mackenzie    of    Russ August & Kabat
*Applicant's Name (Last Name, First Name & Middle Initial)*    12424 Wilshire Blvd, 12th Floor
3108267474    3108266991    Los Angeles, CA 90025
*Telephone Number*    *Fax Number*
mpaladino@raklaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
UNALIWEAR, INC.

*Name(s) of Party(ies) Represented*    [X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

**and designating as Local Counsel**

Mirzaie, Reza    of    Russ August & Kabat
*Designee's Name (Last Name, First Name & Middle Initial)*    12424 Wilshire Blvd, 12th Floor
246953    3108267474    3108266991    Los Angeles, CA 90025
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
rmirzaie@raklaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application: _____
             [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
             [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge