| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  *Telephone No:* 310-826-7474<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>5078-002D | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the Central District of California ||||
| *Plaintiff:* UNALIWEAR, INC.<br>*Defendant:* GARMIN LTD.; ET AL ||||
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-cv-11772 MWC (SSCx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Standing Order Re Patent Cases; Notice To Parties Of Court−Directed Adr Program; Standing Order Regarding Newly Assigned Cases; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Disclosure Statement [FED. R. CIV. P. 7.1(A)]; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice (Tull, Susan Y.); (Proposed) Order On Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice (Tull, Susan Y.); Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice (Aichele, Matthew D.); (Proposed) Order On Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice (Aichele, Matthew D.)

3. a. Party served:     Garmin International, Inc.
   b. Person served:    Jacqueline Mejia, Authorized to Accept Service for CT Corporation System, Agent for Service of Process
                        *served under F.R.C.P. Rule 4.*

4. Address where the party was served:    330 North Brand Boulevard Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 23 2025 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)              d. **The Fee** for Service was: $154.25
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/23/2025
(Date)                                                                       (Signature)

PROOF OF SERVICE

14849552
(17592812)

