1  Rachael Lamkin (SBN 246066)
   rachael.lamkin@bakerbotts.com
2  BAKER BOTTS L.L.P.
3  101 California St., Suite 3200
   San Francisco, CA 94111
4  Telephone: +1.415.291.6200
   Fax: +1.415.291.6300
5

6  Attorney For Defendants
   Garmin, Ltd. et al.
7
                    IN THE UNITED STATES DISTRICT COURT
8
                     CENTRAL DISTRICT OF CALIFORNIA
9

10  UNALIWEAR, INC.,                        Case No.: 2:25-cv-11772

11  Plaintiff,

12  v.                                      **DEFENDANTS' NOTICE OF
                                            UNOPPOSED MOTION TO STAY
13                                          PENDING ITC PROCEEDINGS**
    GARMIN LTD., GARMIN USA, INC., AND
14  GARMIN INTERNATIONAL, INC.              **Hearing Date: February 27, 2026
                                            Time: 1:30 PM
15  Defendants.                             Courtroom: 6A
                                            Judge: Hon. Michelle Williams Court**
16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO PLAINTIFF AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 27, 2026, at 1:30 p.m., or as soon thereafter as the Court permits, this matter will be heard before the Honorable Michelle Williams Court of the above-identified court, located at First Street Courthouse, 350 West 1st Street, Courtroom 6A, Los Angeles, California 90012. Defendants Garmin Ltd., Garmin USA, Inc., and Garmin International, Inc. (collectively, "Garmin" or "Defendants") will and hereby do move the Court to stay this case until determination of the United States International Trade Commission ("ITC") *Certain Wearable Devices with Fall Detection and Components Thereof*, Inv. No. 337-TA-1477 (the "1477 Investigation"), involving overlapping parties and asserted patents, is decided.

This motion is made pursuant to 28 U.S.C. § 1659 and the Local Rules applicable hereto. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities and accompanying exhibit, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 14, 2026. Defendants confirmed they will not oppose the motion.

1
DEFENDANTS' NOTICE OF UNOPPOSED MOTION TO STAY
PENDING ITC
CV25-11772-MWC-SSC

1

Dated: January 20, 2026                    BAKER BOTTS L.L.P.

2

3                                          /s/ *Rachael Lamkin*
                                           Rachael Lamkin (SBN 246066)
                                           rachael.lamkin@bakerbotts.com
4                                          BAKER BOTTS L.L.P.
                                           101 California St., Suite 3200
5                                          San Francisco, CA 94111
                                           Telephone: +1.415.291.6200
6                                          Fax: +1.415.291.6300

7

8                                          Attorney For Defendants
                                           Garmin, Ltd. et al.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28