# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARMIN LTD., GARMIN USA, INC., AND GARMIN INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 2:25-cv-11772<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY** |

On January 20, 2026, Defendants filed their Unopposed Motion to Stay Pending United States International Trade Commission ("ITC") Proceedings. The Motion asserts that one day before filing the Complaint in this matter, Plaintiff filed a Complaint before the ITC alleging that Defendants infringed both of the asserted patents in this present case, thereby implicating Section 337 of the Tariff Act of 1930, 19 U.S.C. § 1337. After Plaintiff filed its ITC Complaint, the ITC began an investigation in *Certain Video-Capable Laptop, Desktop Computers, Handheld Computers, Tablets, Televisions, Projectors, and Components and Modules Thereof*, Inv. No. 337-TA-1477 (the "1477 Investigation").

Therefore, pursuant to 28 U.S.C. § 1659, Defendants request a mandatory stay of Counts I and II in Plaintiffs' Complaint. *See* ECF No. 34-1.

The Court, having considered Defendants' Unopposed Motion to Stay Pending ITC Proceedings and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. This case is stayed pending final resolution of the 1477 Investigation, including any and all appeals;

2. The Garmin Defendants shall answer the Complaint ninety (90) days after the stay is lifted unless the resolution of the 1477 Investigation obviates the merits in Defendants favor; and

3. The parties shall jointly advise the Court of the final decision in the 1477 Investigation no later than fourteen (14) days after the 1477 Investigation becomes final.

**IT IS SO ORDERED.**

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE