Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorneys for Plaintiff UnaliWear, Inc.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>GARMIN LTD., GARMIN USA, INC., AND GARMIN INTERNATIONAL, INC.,<br><br>        Defendants. | Case No. 2:25-cv-1172-MWC-SSC<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: District Judge Michelle Williams Court<br><br>Complaint Filed: December 12, 2025 |

Plaintiff UnaliWear, Inc. ("UnaliWear") submits the following Response to the Court's Order to Show Cause regarding Dismissal for Lack of Prosecution, dated January 16, 2026 (Dkt. No. 32):

For the following reasons, good cause exists for why this action should not be dismissed against Defendant Garmin International, Inc. who has not yet filed an answer or otherwise responded to the complaint.

1. UnaliWear filed proof of service of summons and complaint for Defendant Garmin International, Inc. on December 23, 2025 (Dkt. 31).
2. On January 2, 2026, counsel for Defendant Garmin International, Inc. wrote to UnaliWear's counsel, stating that it represented all three Garmin Defendants, Garmin Ltd., Garmin USA, Inc., and Garmin International, Inc. (collectively, "Garmin Defendants"). Counsel for Garmin Defendants stated there was an issue with service on Garmin Ltd., a foreign company, and requested a 90-day extension from the date of its request to Answer or otherwise Respond to UnaliWear's Complaint until April 2, 2026 for all Garmin Defendants.
3. On January 2, 2026, counsel for UnaliWear granted the Garmin Defendants' requested extension of time to Answer. On January 12, 2026, counsel for UnaliWear sent a waiver of summons form for Garmin Ltd. in response to a request from Garmin Defendants. The waiver of summons for Garmin Ltd. was returned to UnaliWear on January 19, 2026.
4. On January 14, 2026, counsel for Garmin Defendants requested a mandatory stay in the district court action under 28 U.S.C. § 1659 pending the ITC matter, which had been instituted. Counsel for UnaliWear responded the same day, stating that they do not oppose Garmin's motion to stay.
5. On January 18, 2026, after receiving the Court's Order to Show Cause (Dkt. No. 32), counsel for UnaliWear contacted counsel for Defendant.

6. On January 19, 2026, counsel for Garmin Defendants stated they would file on January 20, 2026 the unopposed motion to stay. In light of the unopposed motion to stay, counsel for UnaliWear also agreed to an extension of 90 days past the dissolution of a stay.

7. On January 20, 2026, the parties filed a Stipulation to Extend the deadline to respond to the Complaint and the waiver of summons for Garmin Ltd. and Garmin USA., Inc. Garmin Defendants also filed an unopposed motion to stay.

8. UnaliWear acknowledges that a stipulation for extension memorializing the parties' agreed-upon extension of time to Answer should have been filed on or before January 13, 2026, the date that the Answer for Defendant Garmin International, Inc. was due. UnaliWear states that the parties were acting in good faith to extend the deadline to Answer as to all Garmin Defendants.

9. In accordance with Federal Rule of Civil Procedure 4(d)(3) and 6(b)(1), and in light of the unopposed motion to stay, the Garmin Defendants shall have up to 90 days past the dissolution of a stay to Answer or otherwise respond.

10. Accordingly, no Garmin Defendant will have, to date, failed to plead or otherwise defend this action within the time allotted to respond to the Complaint.

11. UnaliWear is not requesting entry of default for any Garmin Defendant at this time.

UnaliWear respectfully request the Court discharge its Order to Show Cause without dismissing this action with respect to Defendant Garmin International, Inc.

DATED: January 20, 2026                Respectfully submitted,

                                       /s/Reza Mirzaie

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorneys for Plaintiff UnaliWear, Inc.**

3