Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorneys for Plaintiff UnaliWear, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GARMIN LTD., GARMIN USA, INC., AND GARMIN INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 2:25-cv-1172-MWC-SSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Judge: District Judge Michelle Williams Court<br><br>Complaint Filed: December 12, 2025 |

RUSS, AUGUST & KABAT

1  Pursuant to Local Rules 7-1 and 8-3, Plaintiff UnaliWear, Inc. ("UnaliWear"),
2  through its undersigned counsel, stipulate as follows:
3  WHEREAS, on December 12, 2025, UnaliWear filed its initial Complaint for
4  Patent Infringement against Garmin Ltd., Garmin USA, Inc., and Garmin
5  International, Inc. ("Defendants") in the above-captioned matter;
6  WHEREAS, on January 2, 2026, Defendants agreed to accept service in
7  exchange for a 90-day extension, up to and including April 2, 2026, to respond to
8  the Complaint;
9  WHEREAS, in light of the unopposed motion to stay filed under 28 U.S.C.
10 § 1659, on January 20, 2026, UnaliWear agreed that the Defendants can have an
11 extension of 90 days from the lifting of a stay to respond to the Complaint;
12 WHEREAS, no prior extensions of the due date for responding to the
13 Complaint have been filed with the Court; and
14 WHEREAS, this stipulation is made to avoid the expense and judicial
15 resources necessary to serve Garmin Ltd. outside of the United States pursuant to
16 Hague Convention procedures which would delay service by several months, and to
17 allow all Defendants sufficient time to obtain information necessary to answer or
18 otherwise respond to the Complaint on the same schedule;
19 IT IS THEREFORE STIPULATED AND AGREED that the Defendants shall
20 have a 90-day extension from the lifting of a stay to answer or otherwise respond to
21 the Complaint.
22 A Proposed Order is filed concurrently herewith.
23 **IT IS SO STIPULATED.**
24
25 DATED: January 20, 2026          Respectfully submitted,
26                                  **Attorneys for Plaintiff UnaliWear, Inc.**
27                                  */s/ Reza Mirzaie*
28                                  Reza Mirzaie (CA SBN 246953)

1

rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorney for Defendants Garmin Ltd., Garmin USA, Inc., and Garmin International, Inc.**

*/s/Rachael Lamkin* (with permission)

Rachael Lamkin (SBN 246066)
(*notice of appearance pending*)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

2