Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorneys for Plaintiff UnaliWear, Inc.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GARMIN LTD., GARMIN USA, INC., AND GARMIN INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 2:25-cv-1172-MWC-SSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Judge: District Judge Michelle Williams Court<br><br>Complaint Filed: December 12, 2025 |

Upon consideration of the Stipulation to Extend Time to Respond to Initial Complaint by More Than 30 Days ("Stipulation") filed by Plaintiff, and for good cause shown,

IT IS HEREBY ORDERED THAT Garmin Ltd., Garmin USA, Inc. and Garmin International, Inc. shall have up to a 90-day extension from the lifting of a stay to answer or otherwise respond to the Complaint.

DATED: _____       By: _____
                                    Hon. Michelle Williams Court
                                    United States District Judge