1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNALIWEAR, INC., | Case No. 2:25-cv-11772-MWC-SSC |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (DKT. 36)** |
| vs. | |
| GARMIN LTD., GARMIN USA, INC., AND GARMIN INTERNATIONAL, INC., | |
| Defendants. | |

1    Upon consideration of the Stipulation to Extend Time to Respond to Initial
2 Complaint ("Stipulation") filed by Plaintiff, the Court **ORDERS** that Garmin Ltd.,
3 Garmin USA, Inc. and Garmin International, Inc. shall have until end of day on April
4 2, 2026 to respond to the Complaint.  The Court notes that no stay is currently in
5 effect, and the Parties may return to the Court requesting additional time to respond
6 if the Court chooses to impose a stay when ruling on Defendants' motion to stay the
7 case (Dkt. 34).

12   DATED: January 21, 2026

_____
Hon. Michelle Williams Court
United States District Judge

1