Name and address:
Reza Mirzaie SBN 246953
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC. | **CASE NUMBER** |
| Plaintiff(s) | 2:25-cv-11772-MWS-SSC |
| v. | |
| GARMIN LTD., ET AL. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

O'Donohue, Stephen                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

3108267474            3108266991

*Telephone Number*      *Fax Number*

sodonohue@raklaw.com

*E-Mail Address*

Russ August & Kabat
515 8th Ave
Brooklyn, NY 11215

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
UNALIWEAR, INC.

*Name(s) of Party(ies) Represented*        ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Mirzaie, Reza                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

246953            3108267474            3108266991

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rmirzaie@raklaw.com

*E-Mail Address*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   ☐ for failure to complete Application: _____

   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**