UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-11772-MWC-SSCx                                     Date: February 23, 2026

Title:  Unaliwear, Inc. v. Garmin Ltd. *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
N/A                                                        N/A

**Proceedings:  (IN CHAMBERS) Order GRANTING Defendants' Motion to Stay Case Pending ITC Proceedings (Dkt. 34)**

Before the Court is Defendants Garmin Ltd., Garmin USA, Inc., and Garmin International, Inc.'s (collectively, "Defendants") motion to stay the case pending proceedings before the United States International Trade Commission ("ITC").  *See* Dkt. # 34-1 ("*Mot.*").  Plaintiff Unaliwear, Inc. ("Plaintiff") did not oppose.  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  After considering the papers, the Court **GRANTS** Defendants' motion to stay the case.

I.      Background

On December 12, 2025, Plaintiff filed its complaint in this action alleging patent infringement based on United States Patent Nos. 10,051,410 (the "'410 patent") and 10,687,193 (the "'193 patent").  *See* Dkt. # 1.  The same day, Plaintiff filed a complaint before the ITC alleging a violation of Section 337 of the Tariff Act of 1930, 19 U.S.C. § 1337, due to patent infringement on the same two patents at issue in the instant case.  The complaint named Defendants as proposed respondents in the ITC action.  *See Mot.*  On January 8, 2026, the ITC initiated its investigation and named Defendants as respondents.  *See id.*, Ex. 1.

II.     Legal Standard

28 U.S.C. § 1659(a) states:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-11772-MWC-SSCx                                          Date: February 23, 2026

Title:   Unaliwear, Inc. v. Garmin Ltd. *et al.*

> In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—
>   (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or
>   (2) 30 days after the district court action is filed,
> whichever is later.

28 U.S.C. § 1659(a)

     19 C.F.R. § 210.3 offers definitions for the terms that 28 U.S.C. § 1659(a) utilizes. A "[p]roposed respondent means any person named in a complaint filed under this part as allegedly violating section 337 of the Tariff Act of 1930." 19 C.F.R. § 210.3. And a "[r]espondent means any person named in a notice of investigation issued under this part as allegedly violating section 337 of the Tariff Act of 1930." *See id.*

III.   Discussion

     Because the mandatory stay requirements of 28 U.S.C. § 1659(a) apply, a stay is appropriate. Defendants became respondents in the ITC investigation as of January 8, 2026. *See Mot.*, Ex. 1. As a result, the deadline for Defendants to request a stay was February 7, 2026. *See* 28 U.S.C. § 1659(a). Defendants filed their motion to stay the case on January 20, 2026, making that request timely. *See Mot.* Since 28 U.S.C. § 1659(a) provides that the district court "shall" stay the case, the stay is mandatory.

IV.   Conclusion

     For the foregoing reasons, the Court **GRANTS** Defendants' motion to stay the case pending proceedings before the ITC. The Court **VACATES** all current dates and **STAYS** the case until the determination of the ITC becomes final. The Court **ORDERS** the Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-11772-MWC-SSCx | Date: February 23, 2026 |
| Title:  Unaliwear, Inc. v. Garmin Ltd. *et al.* | |

to file a status report updating the Court regarding the ITC proceedings every 60 days beginning from the date of this Order, and the Parties must notify the Court within one week of the ITC action becoming final.  The February 27, 2026, hearing is **VACATED**.

**IT IS SO ORDERED.**

                                                                                  :
                                                    **Initials of Preparer**   TJ