Rachael Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorney For Defendants
Garmin, Ltd. et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNALIWEAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARMIN LTD., GARMIN USA, INC., AND GARMIN INTERNATIONAL, INC. <br><br> Defendants. | Case No.: 2:25-cv-11772-MWC-SSC <br><br> **PARTIES' STATUS UPDATE** |

Pursuant to this Court's Order, ECF No. 42, the Parties file the following update.

The ITC Investigation is proceeding according to the case schedule, attached as Exhibit A hereto. Currently the target date for completion of investigation is Wednesday, May 12, 2027.

Dated: April 24, 2026                    BAKER BOTTS L.L.P.

/s/ *Rachael Lamkin*
Rachael Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorney For Defendants
Garmin, Ltd. et al.


*/s/Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorneys for Plaintiff UnaliWear, Inc.**

2