# EXHIBIT A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**

**Washington, D.C.**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN WEARABLE DEVICES WITH FALL DETECTION AND COMPONENTS THEREOF** | **Inv. No.  337-TA-1477** |

**ORDER NO. 7:     SETTING PROCEDURAL SCHEDULE**

(February 19, 2026)

On February 17, 2026, complainant UnaliWear, Inc. ("UnaliWear"), respondents Apple Inc., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., Google LLC, Garmin Ltd., Garmin International, Inc., Garmin USA, Inc. (together "Respondents"), and the Commission Investigative Staff ("Staff") filed a proposed procedural schedule in response to Order No. 6.  EDIS Doc. ID 872772.  The parties agreed on all dates with the exceptions of: Initial Burden Contention Responses; Notice of Prior Art; Disclosure of Domestic Industry Contentions; and Initial Expert Reports.  *See id.*  These are resolved as follows.

G.R. 5.1 File Notice of Prior Art will be Friday, March 20, 2026, followed by the deadline for initial burden contention interrogatory responses on Friday, March 27, 2026.  The purpose of both documents is notice, and as it concerns Respondents' invalidity case, it logically follows that a respondent first identify all art on which a theory could be based, and then, sometime later, present those initial theories.  To the extent events during discovery warrant additional prior art searches, Respondents are free to move for leave to amend the Notice and any relevant interrogatory responses.

Laurie Ouchida downloaded 873044-2500642 on Thu Feb 19 15:01:00 EST 2026

The deadline for G.R. 5.2 Domestic Industry Disclosures will also be Friday, March 27, 2026.   The purpose of the document is to clearly identify the most salient facts of a complainant's economic prong case.  *See* Order No. 2 at G.R. 5.2., n.3.  That this information is regularly within the possession of a complainant at the time of filing the complaint means it can be prepared and submitted at the same time as other initial contention interrogatory responses without undue prejudice.

Lastly, the deadline for exchange of initial expert reports will be Tuesday, June 16, 2026, which is between the competing dates proposed by the parties.  Both sides are persuasive that there should be adequate time following the close of fact discovery to craft the initial expert report, and adequate time thereafter to craft rebuttal reports.

Accordingly, the procedural schedule set forth in Appendix A is now the Procedural Schedule in this Investigation.

**SO ORDERED.**

_____
Cameron Elliot
Administrative Law Judge

- 2 -

Laurie Ouchida downloaded 873044-2500642 on Thu Feb 19 15:01:00 EST 2026

APPENDIX A

| Event | Date |
| --- | --- |
| Exchange list of claim terms to be construed | Friday, March 6, 2026 |
| Exchange of proposed claim constructions (excludes identification of alleged indefinite terms) | Friday, March 13, 2026 |
| Meet and confer on proposed constructions to narrow disputes | Wednesday, March 18, 2026 |
| G.R. 5.1 File Notice of Prior Art | Friday, March 20, 2026 |
| File identification of expert witnesses, including their expertise and curriculum vitae | Wednesday, March 25, 2026 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party bears the burden of proof | Friday, March 27, 2026 |
| G.R. 5.2 Disclosure of Domestic Industry Contentions | Friday, March 27, 2026 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party does not bear the burden of proof | Friday, April 10, 2026 |
| File tentative lists of witnesses a party will call to testify at the hearing, with an identification of each witness' relationship to the party | Monday, May 4, 2026 |
| G.R. 5.3 Maximum Scope of the Investigation Disclosure | Thursday, May 7, 2026 |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party bears the burden of proof | Thursday, May 14, 2026 |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party does not bear the burden of proof | Thursday, May 28, 2026 |
| Fact discovery cut-off and completion | Friday, June 5, 2026 |
| G.R. 5.3 Initial Case-Narrowing Disclosure | Monday, June 8, 2026 |
| Deadlines for motions to compel fact discovery | Monday, June 8, 2026 |
| Exchange of initial expert reports (identify tests/surveys/data) | Tuesday, June 16, 2026 |
| Exchange of rebuttal expert reports | Thursday, July 2, 2026 |

Laurie Ouchida downloaded 873044-2500642 on Thu Feb 19 15:01:00 EST 2026

| Event | Date |
|---|---|
| Expert discovery cut-off and completion | Wednesday, July 22, 2026 |
| Deadline for motions to compel expert discovery | Monday, July 27, 2026 |
| Deadline for filing motions for summary determination | Thursday, July 30, 2026 |
| Exchange of exhibit lists among the parties | Wednesday, August 5, 2026 |
| Submit and serve direct exhibits, with physical exhibits available - Complainant(s) and Respondent(s) | Wednesday, August 12, 2026 |
| Submit and serve direct exhibits, with physical exhibits available - Staff | Friday, August 14, 2026 |
| Submit and serve rebuttal exhibits, with rebuttal physical exhibits available – all parties | Wednesday, August 19, 2026 |
| G.R. 5.3 Final Case Narrowing Disclosure | Wednesday, August 19, 2026 |
| File pre-trial statements and briefs – Complainant(s) and Respondent(s) | Friday, August 28, 2026 |
| File pre-trial statements and briefs – Staff | Friday, September 11, 2026 |
| Deadline to file motions *in limine* | Friday, September 11, 2026 |
| File responses to motions *in limine* | Friday, September 18, 2026 |
| Pre-trial conference | Monday, September 28, 2026 |
| Hearing | Monday, September 28, 2026 to Friday, October 2, 2026 |
| File initial post-trial briefs and final exhibit lists | Tuesday, October 20, 2026 |
| File reply post-trial briefs | Tuesday, November 3, 2026 |
| Initial Determination | Tuesday, January 12, 2027 |
| Target date for completion of investigation | Wednesday, May 12, 2027 |

- 2 -

Laurie Ouchida downloaded 873044-2500642 on Thu Feb 19 15:01:00 EST 2026

Certain Wearable Devices with Fall Detection
and Components Thereof; Inv. No. 337-TA-
1477 (Violation)

CERTIFICATE OF SERVICE

337-1477 Violation

I, Lisa R. Barton, hereby certify that the parties listed have entered an appearance in the above captioned investigation, and a copy of the PUBLIC CERTIFICATE OF SERVICE was served upon the following parties via first class mail and air mail where necessary.

| Document | Security | Document Type | Official Rec'd | Title |
|----------|----------|---------------|----------------|-------|
| 873044 | Public | Order | 02/19/2026 02:25 PM | Setting Procedural Schedule |

Service Date:        February 19, 2026

_____ /s

Lisa R. Barton

U.S. International Trade Commission

500 E Street, S.W.

Suite 112

Washington, D.C. 20436

Service Date:    February 19, 2026          PDF Generated on:    February 19, 2026

Laurie Ouchida downloaded 873044-2500691 on Thu Feb 19 15:02:00 EST 2026

## CERTIFICATE OF SERVICE

On behalf of Complainant UnaliWear, Inc.:

Matthew Aichele, Lead Representative
Russ August & Kabat
12424 Wilshire Blvd.
12th Floor
Los Angeles, California 90025, United States
310-826-7474 -- voice
maichele@raklaw.com
Electronic Service

On behalf of Respondent Garmin International, Inc.;Garmin Ltd.;Garmin USA, Inc.:

Paul M Bartkowski, Lead Representative
Bartkowski PLLC
6803 Whittier Avenue
Suite 200 A
McLean, Virginia 22101, Unspecified
(571) 533-3581  -- voice
pbartkowski@bartkowskipllc.com
Electronic Service

On behalf of Respondent Apple Inc.:

Erin P. Gibson, Lead Representative
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, District of Columbia 20004, United States

619-699-2862 -- voice
202-223-2085 -- fax
erin.gibson@dlapiper.com
Electronic Service

On behalf of Respondent Google LLC:

Tuhin Ganguly, Lead Representative
Desmarais LLP
230 Park Avenue
New York, New York 10169, United States
2123513400 -- voice
2123513401 -- fax
tganguly@desmaraisllp.com
Electronic Service

On behalf of Respondent Samsung Electronics America, Inc.;Samsung Electronics Co., Ltd.:

Smith R. Brittingham IV, Lead Representative
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Ave., N.W.
Washington, District of Columbia 20001, United States

202-408-4000 -- voice
202-408-4400 -- fax
smith.brittingham@finnegan.com
Electronic Service

On behalf of U.S. International Trade Commission :

Peter Guarnieri
OUII Investigative Attorney
500 E Street, S.W.
Washington, D.C. 20436
Internal Service

Service Date:    February 19, 2026

PDF Generated on:    February 19, 2026

Laurie Ouchida downloaded 873044-2500691 on Thu Feb 19 15:02:00 EST 2026