Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorneys for Plaintiff UnaliWear, Inc.**

RUSS, AUGUST & KABAT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNALIWEAR, INC.,

Plaintiff,

vs.

GARMIN LTD., GARMIN USA, INC., AND GARMIN INTERNATIONAL, INC.,

Defendants.

Case No. 2:25-cv-1172-MWC-SSC

**JOINT STATUS UPDATE**

Judge: District Judge Michelle Williams Court

Complaint Filed: December 12, 2025

Pursuant to this Court's Order, ECF No. 42, the Parties file the following update.

Defendants Garmin Ltd., Garmin USA, Inc., and Garmin International, Inc. (collectively, "Defendants" or "Garmin") have been terminated from the ITC Investigation. Garmin petitioned the ITC Commission to review that termination, and the Parties expect the ITC Commission to rule on that petition by November 23, 2026. *See* Exhibit A.

In the meantime, no action is needed by the Court pending the Commission's decision.

DATED: October 26, 2026

Respectfully submitted,

**Attorneys for Plaintiff UnaliWear, Inc.**

*<u>/s/ Reza Mirzaie</u>*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James Tsuei (CA SBN 285530)
jtseui@raklaw.com
Bradley A. Hyde (CA SBN 301145)
bhyde@raklaw.com
Susan Tull (DC SBN 992644)
stull@raklaw.com
Sarah Wang (NY SBN 5334602)
swang@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Matthew D. Aichele (DC SBN 996085)
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**Attorney for Defendants Garmin Ltd., Garmin USA, Inc., and Garmin International, Inc.**

*/s/Rachael Lamkin* (with permission)

Rachael Lamkin (SBN 246066)
(*notice of appearance pending*)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

RUSS, AUGUST & KABAT