# EXHIBIT A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C.**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN WEARABLE DEVICES WITH FALL DETECTION AND COMPONENTS THEREOF** | **Investigation No. 337-TA-1477** |

**NOTICE OF COMMISSION DETERMINATION TO EXTEND THE DUE DATE FOR DETERMINING WHETHER TO REVIEW AN INITIAL DETERMINATION PARTIALLY TERMINATING THE INVESTIGATION AS TO CERTAIN RESPONDENTS**

**AGENCY**: U.S. International Trade Commission.

**ACTION**: Notice.

**SUMMARY**: Notice is hereby given that the U.S. International Trade Commission has determined to extend until November 23, 2026, the due date for determining whether to review an initial determination ("ID") (Order No. 40) of the presiding administrative law judge ("ALJ") partially terminating the investigation as to certain respondents.

**FOR FURTHER INFORMATION CONTACT**: Houda Morad, Esq., Office of the General Counsel, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436, telephone (202) 708-4716. Copies of non-confidential documents filed in connection with this investigation may be viewed on the Commission's electronic docket (EDIS) at *https://edis.usitc.gov*. For help accessing EDIS, please email *EDIS3Help@usitc.gov*. General information concerning the Commission may also be obtained by accessing its Internet server at *https://www.usitc.gov*. Hearing-impaired persons are advised that information on this matter can be obtained by contacting the Commission's TDD terminal, telephone (202) 205-1810.

**SUPPLEMENTARY INFORMATION**: On January 12, 2026, the Commission instituted this investigation under section 337 of the Tariff Act of 1930, as amended (19 U.S.C. 1337) ("section 337"), based on a complaint filed by UnaliWear, Inc. of Austin, Texas ("UnaliWear" or "Complainant"). 91 FR 1197-98 (Jan. 12, 2026). The complaint, as supplemented, alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain wearable devices with fall detection and components thereof by reason of the infringement of certain claims of U.S. Patent Nos. 10,051,410 ("the '410 patent") and 10,687,193. *Id.* The complaint further alleges that a domestic industry exists in the United States. *Id.* The notice of investigation names as respondents: (1) Apple, Inc. ("Apple") of Cupertino, California; (2) Samsung Electronics Co., Ltd. of Suwon-si, Republic of Korea; and Samsung Electronics American, Inc. of Ridgefield Park, New Jersey (collectively, "Samsung"); (3) Google LLC ("Google") of

Mountain View, California; and (4) Garmin Ltd. of Schaffhausen, Switzerland; Garmin International, Inc. of Olathe, Kansas; and Garmin USA, Inc. of Olathe, Kansas (collectively, "Garmin"). *Id.* The Office of Unfair Import Investigations ("OUII") is also named as a party in this investigation. *Id.*

On July 24, 2026, the Commission partially terminated the investigation as to the '410 patent based on withdrawal of the complaint as to that patent. *See* Order No. 17 (June 24, 2026), *unreviewed by* Comm'n Notice (July 24, 2026).

On September 22, 2026, Complainant filed a motion to partially terminate the investigation as to Samsung, Google, and Garmin based on withdrawal of the complaint as to those respondents ("Motion"). On September 23, 2026, Samsung, Google, and Garmin filed responses asserting that the partial termination should be "with prejudice." ID at 1-2. On the same day, Apple filed a response seeking certain relief "to remedy the undue prejudice caused by UnaliWear's belated and material narrowing of this investigation to just one respondent." *Id.* at 2. OUII filed a response in support of the Motion. *Id.*

On September 24, 2026, the ALJ issued the subject ID (Order No. 40) pursuant to Commission Rule 210.21(a)(1), 19 CFR 210.21(a)(1), granting Complainant's Motion. As the ID notes, Complainant represents that "there are no agreements, written or oral, express or implied, between [the parties] concerning the subject matter of this Investigation." ID at 3. The ID also finds "no extraordinary circumstances that might warrant denying the Motion." *Id.* The ID declines to partially terminate the investigation "with prejudice" noting that "section 337 does not permit [the Commission] to terminate an investigation 'with prejudice' based upon withdrawal of a complaint." *Id.* at 3 (citing *Certain Bar Clamps, Bar Clamp Pads, & Related Packaging, Display, & Other Materials*, Inv. No. 337-TA-429, Comm'n Op., 2001 WL 36114993 (Feb. 13, 2001)).

On September 29, 2026, Garmin filed a petition for Commission review of the subject ID. On October 1, 2026, Samsung and Google also filed a petition for Commission review of the subject ID. On October 8, 2026, Complainant and OUII filed responses to the petitions.

The Commission has determined to extend until November 23, 2026, the due date for determining whether to review the subject ID.

The Commission vote for this determination took place on October 26, 2026.

The authority for the Commission's determination is contained in section 337 of the Tariff Act of 1930, as amended (19 U.S.C. 1337), and in Part 210 of the Commission's Rules of Practice and Procedure (19 CFR Part 210).

By order of the Commission.



Lisa R. Barton
Secretary to the Commission

Issued: October 26, 2026